In the Matter of SAMUEL TOBKES et al., Appellants, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority et al., Respondents.

Argued March 15, 1948; decided April 22, 1948.

*Monroe I. Katcher, II, Jerome S. Heller, Henry Cohen* and *Josephine E. Kestler* for appellants.

*Alvin McKinley Sylvester* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.